In the Matter of WORLD TRADE CENTER BOMBING LITIGATION.

STEERING COMMITTEE, et al., Respondents, v THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Decided June 23, 2011

Concur: Judges CIPARICK, GRAFFEO, READ, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN and Judge SMITH.

MYRON ZUCKERMAN, Respondent, v SYDELL GOLDSTEIN et al., Appellants.

Submitted April 18, 2011; decided June 23, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.